1  MCGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-MJ-0046-DLB |
|---|---|
| Plaintiff, | ORDER DISMISSING COMPLAINT RE: DEFENDANT AARON ALLEN |
| v. | |
| AARON BRYANT ALLEN, | |
| Defendant. | |

**ORDER**

The United States has moved to dismiss Count 4 of the complaint against defendant Aaron Bryant Allen, filed on February 21, 2018. (ECF No. 1.) The Court, having reviewed the motion, finds that the motion is made in good faith. *See United States v. Wallace*, 848 F.2d 1464, 1468 (9th Cir. 1988); *see also* Fed. R. Crim. P. 48(a). Accordingly, the Court hereby orders that Count 4 of the complaint against defendant Allen be dismissed without prejudice.

SO ORDERED.

Dated: March 22, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE